[No. 4782–1.   Division One.   June 8, 1978.]

KENNETH W. PECK, ET AL, *Appellants,* v. BELLINGHAM
FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 50620, Byron L. Swedberg, J.,
entered May 4, 1976. *Affirmed* by unpublished opinion per
Dore, J., concurred in by Farris, C.J., and Williams, J.


[No. 4994–1.   Division One.   June 8, 1978.]

LENDA SUTTEN, *Respondent,* v. WILLIAM R. SHELLGREN,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 786368, Erle W. Horswill, J., entered August 9,
1976. *Reversed* by unpublished opinion per Farris, C.J.,
concurred in by James, J., Ringold, J., dissenting.


[No. 5073–1.   Division One.   June 8, 1978.]

THE PORT OF EVERETT, *Appellant,* v. THE CITY OF
EVERETT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 132343, John E. Rutter, J., entered
September 20, 1976. *Affirmed* by unpublished opinion per
James, J., concurred in by Swanson and Ringold, JJ.